Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of PAUL A. LIMMER, Respondent, v. BOARD OF EDUCATION, CENTRAL HIGH SCHOOL DISTRICT No. 3, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of SPENCER ZUCKERMAN, Respondent, v. BOARD OF EDUCATION, CENTRAL HIGH SCHOOL DISTRICT No. 3, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of CHARLES D. KEISER, Appellant, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF FALLSBURGH et al., Respondents. (And One Other Proceeding.) —